UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 05-60165 CR-MARRA

MAGISTRATE JUDGE
SELTZER

Case No. _____

18 U.S.C. § 1014
18 U.S.C. § 1344
18 U.S.C. § 2

UNITED STATES OF AMERICA

vs.

JANICE TURNER and
KANEMA MORRIS,

          Defendants.

_____/

FILED by _____ D.C.
MAG. SEC.

JUN 2 3 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## **INDICTMENT**

## **COUNTS 1-8**
(Bank Fraud - 18 U.S.C. § 1344)

The Grand Jury charges that:

On or about the dates set forth below, at Broward County, in the Southern District of Florida, the defendant,

### **JANICE TURNER,**

knowingly and willfully devised and executed and attempted to execute a scheme and artifice to defraud the Eastern Financial Florida Credit Union, a financial institution the deposits of which were federally insured by the National Credit Union Share Insurance Fund, and to obtain monies, funds, and assets owned by and under the custody and control of the Eastern Financial Florida Credit Union, by means of false and fraudulent pretenses, representations, and promises, in that the defendant caused and attempted to cause the withdrawal of monies against a fraudulently established checking account which was funded by a fraudulently established line of credit, at the Eastern Financial Florida Credit Union as set forth below:

1



| COUNT | DATE | TRANSACTION |
|---|---|---|
| 1 | 12/6/2004 | Withdrawal of approximately $1,000 in cash, drawn on the Eastern Financial Florida Credit Union checking account of I.G. |
| 2 | 12/6/2004 | Negotiation of Check No. 933 for approximately $1,500.00, made payable to Cash, and drawn on the Eastern Financial Florida Credit Union checking account of I.G. |
| 3 | 12/7/2004 | Negotiation of Check No. 931 for approximately $1,750.00, made payable to Janice Turner, and drawn on the Eastern Financial Florida Credit Union checking account of I.G. |
| 4 | 12/8/2004 | Negotiation of Check No. 932 for approximately $2,800.00, made payable to Kanema Morris, and drawn on the Eastern Financial Florida Credit Union checking account of I.G. |
| 5 | 12/20/2004 | Negotiation of Check No. 122 for approximately $1,000.00, made payable to Warren Henry, and drawn on the Eastern Financial Florida Credit Union checking account of I.G. |
| 6 | 12/20/2004 | Negotiation of Check No. 119 for approximately $2,352.00, made payable to Marlins Insurance, and drawn on the Eastern Financial Florida Credit Union checking account of I.G. |
| 7 | 1/14/2005 | Negotiation of Check No. 103 for approximately $1,600.00, made payable to ING, and drawn on the Eastern Financial Florida Credit Union checking account of I.G. |
| 8 | 2/16/2005 | Negotiation of Check No. 114 for approximately $1,000.00, made payable to Cash, and drawn on the Eastern Financial Florida Credit Union checking account of I.G. |

All in violation of Title 18, United States Code, Sections 1344 and 2.


## COUNT 9
(False Loan Application - 18 U.S.C. § 1014)

Between on or about December 2, 2004, and continuing until on or about December 3, 2004, at Broward County, in the Southern District of Florida, the defendant,

**JANICE TURNER,**

knowingly made a material false statement for the purpose of influencing the action of the Eastern Financial Florida Credit Union ("EFFCU"), an insured State-chartered credit union, in connection with an application and loan, in that the defendant applied for a car loan for a 2000 Mercedes Benz S500 at the EFFCU by posing as and presenting the personal information of I.G.,

2

when, in fact, as the defendant then and there well knew, she was not the real I.G., in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT 10
### (False Loan Application - 18 U.S.C. § 1014)

Beginning on or about December 8, 2004, and continuing until on or about December 15, 2004, at Broward County, in the Southern District of Florida, the defendant,

**JANICE TURNER,**

knowingly made a material false statement for the purpose of influencing the action of Chase Manhattan Bank USA, NA, an institution the accounts of which are insured by the Federal Deposit Insurance Corporation, in connection with an application and loan in that the defendant applied for vehicle financing for a 2003 Mercedes Benz C240 at Warren Henry Automobiles, Inc., by posing as and presenting the personal information of I.G., when, in fact, as the defendant then and there well knew, she was not the real I.G., in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT 11
### (False Loan Application - 18 U.S.C. § 1014)

On or about December 20, 2004, at Broward County, in the Southern District of Florida, the defendant,

**JANICE TURNER,**

knowingly made a material false statement for the purpose of influencing the action of the Eastern Financial Florida Credit Union ("EFFCU"), an insured State-chartered credit union, in connection with an application and loan in that the defendant applied for a car loan for a 2001 Mercedes Benz ML 320 at the EFFCU by posing as and presenting the personal information of

I.G., when, in fact, as the defendant then and there well knew, she was not the real I.G., in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT 12
### (False Loan Application - 18 U.S.C. § 1014)

On or about February 11, 2005, at Broward County, in the Southern District of Florida, the defendant,

**JANICE TURNER,**

knowingly made a material false statement for the purpose of influencing the action of the City-County Credit Union ("CCCU"), an insured State-chartered credit union, in connection with an application and loan in that the defendant applied for a car loan for a 2001 BMW X5 at the CCCU by posing as and presenting the personal information of I.G., when, in fact, as the defendant then and there well knew, she was not the real I.G., in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT 13
### (Bank Fraud - 18 U.S.C. § 1344)

On or about December 8, 2004, at Broward County, in the Southern District of Florida, the defendant,

**KANEMA MORRIS,**

knowingly and willfully devised and executed and attempted to execute a scheme and artifice to defraud the Eastern Financial Florida Credit Union, a financial institution the deposits of which were federally insured by the National Credit Union Share Insurance Fund, and to obtain monies, funds, and assets owned by and under the custody and control of the Eastern Financial Florida Credit Union, by means of false and fraudulent pretenses, representations, and promises, in that

4

the defendant knowingly and willfully caused and attempted to cause the withdrawal of monies against a fraudulently established checking account at the Eastern Financial Florida Credit Union, which was funded by fraudulently obtained Eastern Financial Florida Credit Union funds, by cashing check number 932, a check drawn on the checking account of I.G. in the amount of $2,800.00, in violation of Title 18, United States Code, Sections 1344 and 2.

A TRUE BILL.

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

MARC S. ANTON
SPECIAL ASSISTANT U. S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Janice Turner and Kanema Morris,**

_____ Defendants.
_____ /

**Superseding Case Information:**

**Court Division:** (Select One)

| | | |
|---|---|---|
| ____ | Miami | ____ Key West |
| _X_ | FTL | ____ WPB ____ FTP |

New Defendant(s)          Yes _____   No _____
Number of New Defendants
Total number of counts          _____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:      (Yes or No)      No

     List language and/or dialect      _____

4.   This case will take      2      days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                    (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | _X_ |
| V | 61 days and over | _____ | | |

6.   Has this case been previously filed in this District Court?  (Yes or No)      No
If yes:
Judge: _____      Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?      (Yes or No)      Yes
If yes:
Magistrate Case No.      05-4124, 05-4125-SELTZER
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of      06-17-05
Defendant(s) in state custody as of _____
Rule 20 from the _____      District of _____

Is this a potential death penalty case? (Yes or No)      No

7.   Does this case originate from a matter pending in the U.S. Attorney's Office prior to
     April 1, 2003?      _____ Yes      _X_ No

8.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to
     April 1, 1999?      _____ Yes      No _X_
     If yes, was it pending in the Central Region?      _____ Yes      _X_ No

9.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to
     October 14, 2003?      _____ Yes      _X_ No

10.   Does this case originate from a matter pending in the Narcotics Section (Miami) prior to
      May 18, 2003?      _____ Yes      _X_ No

_____
MARC ANTON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0148369

\*Penalty Sheet(s) attached

REV 1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **JANICE TURNER**

**Case No:**

**Counts #: 1 - 8**

Bank Fraud

18 USC § 1344

**\* Max.Penalty:** 30 years' imprisonment, $1,000,000 fine, 5 years supervised release

**Counts #: 9 - 12**

False loan application

18 USC § 1014

**\*Max. Penalty:** 30 years' imprisonment, $1,000,000 fine, 5 years supervised release

**Count #:**

**Count #:**

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**    **KANEMA MORRIS**

**Case No:**

**Count #: 13**
Bank Fraud

18 USC § 1344

**\* Max.Penalty:**      30 years' imprisonment, $1,000,000 fine, 5 years supervised release

**Count #:**

**\* Max.Penalty:**

Counts #:

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.